UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aiyetoro Aheen Holmes, | Civil No. 22-cv-2230 (PJS/DJF) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| State of Minnesota, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. This matter is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute or, alternatively, for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 21, 2022         s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge